Pro Se 14 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

**FILED** JAN 17 2023
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Scott M Martin
[You are the PLAINTIFF, print your full name on this line.]

v.

Sherriffe of Ahhen county Jail
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __2:23CV22__
[For a new case in this court, leave blank. The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Gladieux sherriff officer Kock | 417 S. calhoun Ft wayne FN 46802 |
| 2 | [Put the names of any other defendants in these boxes.] QCC nursing staff | 417 S. calhoun Ft wayne IN 46802 |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? _____

2. What is the name and address of your prison or jail? Ahhen count Jail 417 s calhoun st Ft wayne IN 46802

3. Did the event you are suing about happen there? ● Yes.  ○ No, it happened at: _____

4. On what date did this event occur? 12-5-2022 / 12-4-2022 / 11-7-2022 11-1-2022 / 10-26-2022 / 10-22-2022

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 10-26-2022 grivimnce #(209741972) Been on the floor trying to get a bottom bunk I have severe neck & back issues & was denied a bottom bunk for 2 month's from Jail officer's Gladieux

2. #(211611812) officer Kock's Refused dinner tray due to water on tray & insuffint portions on tray

3. (211623772) officer Kock's Refused med's due to me not hearing him call for med's & the nurse was at the block door across the hall 11-2-2022

4. #21741202 Qcc nursing Refused med's while standing at the door waiting for medication 10-3-2022

5. Qcc nursing upon Returning from Hospital 10-3-2022 & after soiling my under garments & due to being in a 6 man cell needed more diapers & was refused

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

6) Sherrif Gladieux for not having enough Room in Jail + having me sleeping on the floor from 9-30-2022 threw 11-7-2022 + Refusel of extra mat

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

① # 217412052   ② # 217412722   ③ 211623722
④ # 209741972   ⑤ # 217415312

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Compensation for pain suffering and/or mental anguish

[Initial Each Statement]
   SM  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   SM  I will keep a copy of this complaint for my records.
   SM  I will promptly notify the court of any change of address.
   SM  I WILL NOT send more than one copy of any filing to the court.
   SM  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   SM  I declare **under penalty of perjury** that the statements in this complaint are true.

   I placed this complaint in the prison mail system on _1_/_11_/20_22_ at _9:02_ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   Scott Martin
   Signature                                              Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]