UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SCOTT M. MARTIN, | |
| Plaintiff, | |
| v. | CAUSE NO. 2:23-CV-22 |
| GLADIEUX, et al., | |
| Defendants. | |

ORDER

Scott M. Martin, a prisoner without a lawyer, filed this case in the Hammond Division raising claims based on events which occurred in the Allen County Jail which is located within the geographical boundaries of the Fort Wayne Division. Under N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is **DIRECTED** to close this case and open a new case with these filings in the Fort Wayne Division.

SO ORDERED on January 19, 2023.

/s/ Andrew P. Rodovich
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT